UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD A. ARLEDGE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| EXECUTIVE OFFICE OF THE | ) | 3:20-CV-0933-G |
| UNITED STATES ATTORNEYS, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their attorneys of record, having advised the court that this matter has been resolved in accordance with the joint stipulation agreed to below and agreeing to the entry of this order, it is:

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled and numbered lawsuit is hereby **DISMISSED** with prejudice with all costs to be borne by the party incurring the same.

**SO ORDERED.**

October 26, 2020.

A. JOE FISH
**Senior United States District Judge**

**AGREED AS TO FORM AND SUBSTANCE**:

*/s/ Ryan K. Lurich*
Ryan K. Lurich
Texas Bar No. 24013070
rlurich@fflawoffice.com
**FRIEDMAN & FEIGER, L.L.P.**

5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEY FOR PLAINTIFF**

*/s/ Clay R. Mahaffey*
Clay R. Mahaffey
Assistant United States Attorney
Wyoming Bar No. 6-3355
clay.mahaffey@usdoj.gov

**ERIN NEALY COX**
United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242
(214) 659-8756 (Telephone)
(214) 659-8807 (Telecopier)

**ATTORNEY FOR DEFENDANT**

- 2 -